AMERICAN SHIPPING CO. ET AL. v. UNITED STATES

**No. 6773.**—Invoices dated Birmingham, England, April 30, 1942, etc.
Certified May 1, 1942, etc.
Entered at New York, N. Y., June 17, 1942, etc.
Entry No. 755032, etc.

(Decided January 17, 1947)

*Strauss & Hedges* (*Eugene F. Blauvelt* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the value of said merchandise, and that such values are the appraised values, less additions made by importer on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

HILBORN-HAMBURGER, INC., ET AL. v. UNITED STATES

**No. 6774.**—Invoices dated London, England, March 1944, etc.
Certified March 1944, etc.
Entered at New York, N. Y., April 8, 1944, etc.
Entry No. 730328, etc.

(Decided January 17, 1947)

*Siegel, Mandell & Davidson* (*Sidney Mandell* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the value of said merchandise, and that such values are the appraised values, less additions made by importers on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.